11/29/2018 10:58 AM
Chris Daniel - District Clerk Harris County
Envelope No. 29345903
By: VERONICA GONZALEZ
Filed: 11/29/2018 10:58 AM

CAUSE NO.   201882890

RECEIPT NO.                          0.00        ATY
                     *********              TR # 73565842

PLAINTIFF: FIESTA MART LLC (SUCCESSOR-IN-INTEREST TO FIESTA MART   In The    151st
INC)                                                              Judicial District Court
        vs.                                                       of Harris County, Texas
DEFENDANT: ACON INVESTMENTS LLC                                   151ST DISTRICT COURT
                                                                  Houston, TX

                          CITATION (NON-RESIDENT)
THE STATE OF TEXAS
County of Harris


TO: ACON INVESTMENTS LLC (DELAWARE LIMITED LIABILITY COMPANY) BY SERVING
    ITS REGISTERED AGENT CORPORATION TRUST CENTER

    1209  ORANGE STREET   WILIMINGTON  DE  19801

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE


This instrument was filed on the 16th day of November, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.


TO OFFICER SERVING:
    This citation was issued on 20th day of November, 2018, under my hand and
seal of said Court.


Issued at request of:                          CHRIS DANIEL, District Clerk
REID, PENNY PACKARD                             Harris County, Texas
2021  MCKINNEY AVE STE 2000                     201 Caroline, Houston, Texas 77002
DALLAS, TX  75201                               (P.O. Box 4651, Houston, Texas 77210)
Tel: (214) 981-3300
Bar No.:  15402570                             Generated By: MOMON, RHONDA  HWP//11103720

─────────────────────────────────────────────────────────────────────────────
STATE OF _____
                              OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                        _____
                                                    Affiant/Deputy
On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


                                        _____
                                                    Notary Public


N.INT.CITN.P                      *73565842*

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Harris** | **151st Judicial District Court** |

Case Number: 2018-82890

Plaintiff:
**Fiesta Mart, LLC**

vs.

Defendant:
**ACON Investments, LLC**

For:
Penny P. Reid
717 N. Harwood Street
Suite 3400
Dallas, TX 75201

Received by On Time Process Service on the 27th day of November, 2018 at 10:03 am to be served on **Registered Agent for ACON Investments, LLC Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**.

I, Kevin S. Dunn, being duly sworn, depose and say that on the **27th day of November, 2018 at 3:50 pm, I:**

Executed service by delivering a true copy of the **Cover Letter; Citation with Original Petition; First Amended Petition; and Motion for Thomas D. Cunningham to Appear Pro Hac Vice on Behalf of Plaintiff with Proposed Order** , to: **Amy Mclaren, of Corporation Trust Company** as **Authorized Agent** at the address of: **1209 Orange Street, Wilmington, DE 19801**, who is authorized to accept service for **ACON Investments, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 27th day
of November, 2018 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

**Kevin S. Dunn**
Authorized State of Delaware

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2018004615
Ref: 58585-10040-07545

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i

