IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

|  |  |
|---|---|
| FIESTA MART, L.L.C., </br></br> Plaintiff, </br></br> v. </br></br> ACON INVESTMENTS, L.L.C., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 4:18-cv-04704 </br> ) Judge Ewing Werlein, Jr. </br> ) </br> ) </br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, that this action shall be dismissed with prejudice, with each side to bear its own fees and costs.

Dated: February 21, 2020

*s/ Tiffanie N. Limbrick*
Penny P. Reid
State Bar No. 15402570
Fed. Bar No. 23583
preid@sidley.com
Tiffanie N. Limbrick
State Bar No. 24087928
Fed. Bar No. 2799856
tlimbrick@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Fax: (214) 981-3400

Thomas D. Cunningham, *admitted pro hac vice*
Illinois Bar No. 6229088
tcunningham@sidley.com

*s/ Paul Green*
Robert A. McNiel
State Bar No. 24043814
Paul Green
State Bar No. 24081405
CALHOUN BHELLA & SECHREST
325 N. Saint Paul Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 981-9200
Fax: (214) 981-9203
rmcniel@cbsattorneys.com
pgreen@cbsattorneys.com

Michael K. Ross, *admitted pro hac vice*
mross@aegislawgroup.com
Alison Van Horn
avanhorn@aegislawgroup.com
AEGIS LAW GROUP LLP
801 Pennsylvania Ave, NW, Ste. 740

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Plaintiff Fiesta Mart, L.L.C.*

Washington, DC 20004
Telephone: (202) 737-3500
Fax: (202) 735-5070

*Counsel for Defendant ACON Investments, L.L.C.*